COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| IN RE: JAMES ELBAOR, M.D., | § | No. 08-10-00053-CV |
|  |  | An Original Proceeding |
| Relator. | § | in Mandamus |
|  | § |  |

**MEMORANDAUM OPINION**
**ON PETITION FOR WRIT OF MANDAMUS**

Relator, James Elbaor, M.D., asks this Court to issue a writ of mandamus against the Honorable Linda Y. Chew, Judge of the 327th District Court of El Paso County. To be entitled to mandamus relief, a relator must meet two requirements. First, the relator must show that the trial court clearly abused its discretion. *In re Prudential Insurance Company of America*, 148 S.W.3d 124, 135 (Tex. 2004). Second, the relator must demonstrate he has no adequate remedy by appeal. *Id*. at 136. Based on the record before us, we are unable to conclude that Relator is entitled to mandamus relief. Accordingly, we deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). Further, we withdraw our order dated February 11, 2010 granting Relator's request for temporary relief. *See* TEX.R.APP.P. 52.10.

February 24, 2010

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.
Chew, C.J., not participating